FILED: May 12, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1453

(1:14-cv-00045-JPB)

_____

ST. PAUL MERCURY INSURANCE COMPANY

       Plaintiff - Appellee

NATIONAL SURETY CORPORATION

       Defendant - Appellee

v.

THF CLARKSBURG DEVELOPMENT TWO, LLC; MICHAEL H. STAENBERG

       Defendants - Appellants

 and

LOWE'S HOME CENTERS, LLC

       Defendant

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 07/08/2015

Opening brief due: 07/08/2015

Response brief due: 08/10/2015

Any reply brief: 14 days from service of response brief.

                                        For the Court--By Direction

                                        /s/ Patricia S. Connor, Clerk

Appeal: 15-1453    Doc: 18    Filed: 05/12/2015    Pg: 2 of 2